JACKSON LEWIS P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
(914) 872-8060
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KAYLA REED, an individual

                            Plaintiff,

-against-                                    Index No.: 2:17-cv-5713

1-800-FLOWERS.COM. INC.,

                            Defendant.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearance of Joseph J. Lynett, from the law firm of Jackson Lewis P.C. as attorneys for Defendant, 1-800-FLOWERS.COM. INC., in this action.

Joseph J. Lynett, Esq.
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-6888
Fax: (914) 946-1216
Joseph.Lynett@jacksonlewis.com

                                            By:    */s/ Joseph J. Lynett*
                                                     Joseph J. Lynett

Dated: November 1, 2017
       White Plains, New York

JACKSON LEWIS P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
(914) 872-8060
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KAYLA REED, an individual

                        Plaintiff,

-against-                                     Index No.: 2:17-cv-5713

1-800-FLOWERS.COM. INC.,

                        Defendant.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing Notice of Appearance has been served via ECF and Regular U.S. Mail this 1st day of November, 2017 on:

Javier Merino, Esq.
Emily White, Esq.
DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Tel.: (201) 355-3440
Fax: (216) 373-0536
jmerino@dannlaw.com
ewhite@dannlaw.com
*Attorneys for Kayla Reed*

                                 */s/ Joseph J. DiPalma*
                                 Joseph J. DiPalma

4821-8719-1891, v. 1