JACKSON LEWIS P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
(914) 872-8060
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

KAYLA REED, an individual

                    Plaintiff,

-against-

                                   Index No.: 2:17-cv-5713

1-800-FLOWERS.COM. INC.,

                  Defendant.

---------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearance of Joseph J. DiPalma, from the law firm of Jackson

Lewis P.C. as attorneys for Defendant, 1-800-FLOWERS.COM. INC., in this action.

Joseph J. DiPalma, Esq.
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-6920
Fax: (914) 946-1216
Joseph.DiPalma@jacksonlewis.com

                    By:     */s/ Joseph J. DiPalma*
                             Joseph J. DiPalma

Dated: November 1, 2017
        White Plains, New York

JACKSON LEWIS P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
(914) 872-8020
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KAYLA REED, an individual

                              Plaintiff,

                                                        Index No.: 2:17-cv-5713

-against-

1-800-FLOWERS.COM. INC.,

                            Defendant.

------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

        This is to certify that a copy of the foregoing Notice of Appearance has been served

via ECF and Regular U.S. Mail this 1st day of November, 2017 on:

Javier Merino, Esq.
Emily White, Esq.
DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Tel.:  (201) 355-3440
Fax:  (216) 373-0536
jmerino@dannlaw.com
ewhite@dannlaw.com
*Attorneys for Kayla Reed*

                                              */s/ Joseph J. DiPalma*
                                              Joseph J. DiPalma