

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY  10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

My Direct Dial Is: 914-872-6920
E-mail Address: Joseph.Dipalma@JacksonLewis.com

December 24, 2017

**VIA ECF**
Judge Arthur D. Spatt
United States District Court
100 Federal Plaza, Courtroom 1020
P.O. Box 9014
Central Islip, New York 11722-9014

Re:   Kayla Reed v. 1-800-Flowers.Com, Inc.
      Case No. 2:17-cv-05713-ADS-GRB

Dear Judge Spatt:

We represent Defendant 1-800-Flowers.Com, Inc. ("Defendant") in connection with the above referenced matter.  We write to make a request for an extension of Defendant's time to file its Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss from the originally scheduled date of December 27, 2017, to December 29, 2017.  This is the first request for an extension by Defendant to submit its Reply.  Plaintiff's counsel has consented to this request for an extension of time.

Thank you for your consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Joseph J. DiPalma*
Joseph J. DiPalma

cc:   All counsel (via ECF)