# EXHIBIT A

**Kayla Reed**

**EDNY**
Reed v 1-800-FLOWERS		2:17-cv-5713  filed 9/29/17

**SDNY**
Reed v. Loehmann's Holdings, Inc.  1:17-cv-09082  filed 11/20/17  last filing 11/21/17
Hon. Andrew Carter

Reed v. Burberry Ltd.		1:17-cv-08354 filed 10/31/17 last filing 11/17/17
Hon. Paul Gardephe

Reed v Diesel USA		1:17-cv-08446  filed 11/01/17 last filing 11/27/17
Hon. Gregory Woods

Reed v Squarespace, Inc.		1:17-cv-07471   filed 9/29/17  last filing 11/8/17
Hon. Katherine Forrest

Reed v Hugo Boss		1:17-cv-08539  filed 11/3/17    last filing  11/29/17
Hon. Ronnie Abrams

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF VENTURA

Search By:  Case Number   Participant Name   Calendar   Date Range
Tentative Rulings & Minutes

Last or Business Name: reed
Check for Business Name: ☐
First Name: kayla

You may optionally qualify your search further by specifying a beginning and/or ending filed date:

Filed Date Range (optional): _____ to _____

[Search]  [Reset]

Case Search Results ❓

Show 20 entries    Filter Results: _____    Showing 1 to 20 of 29 entries

| Participant | Case Title | Category | Type | Case Number | Filed Date |
|---|---|---|---|---|---|
| Reed, Kayla (Plaintiff) | Reed VS Global Franchise | Civil - Unlimited | Civil Rights | 56-2017-00504589-CU-CR-VTA | 11/30/2017 |
| Reed, Kayla (Plaintiff) | Reed vs. Bottega Veneta Inc | Civil - Unlimited | Civil Rights | 56-2017-00504598-CU-CR-VTA | 11/30/2017 |
| Reed, Kayla (Plaintiff) | Reed Vs Benihana | Civil - Unlimited | Civil Rights | 56-2017-00504585-CU-CR-VTA | 11/30/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. US Bancorp | Civil - Unlimited | Civil Rights | 56-2017-00503737-CU-CR-VTA | 11/8/2017 |
| Reed, Kayla (Plaintiff) | Reed vs. Urban Outfitters | Civil - Unlimited | Civil Rights | 56-2017-00503313-CU-CR-VTA | 10/30/2017 |
| Reed, Kayla (Plaintiff) | Reed vs. Seaworld Parks | Civil - Unlimited | Civil Rights | 56-2017-00503297-CU-CR-VTA | 10/30/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Davids Bridal Inc | Civil - Unlimited | Civil Rights | 56-2017-00503307-CU-CR-VTA | 10/30/2017 |
| Reed, Kayla (Plaintiff) | Reed vs. Viking Cruises USA | Civil - Unlimited | Civil Rights | 56-2017-00503302-CU-CR-VTA | 10/30/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. BPS Direct LLC | Civil - Unlimited | Non-PI/PD/WD tort - Other | 56-2017-00503039-CU-NP-VTA | 10/23/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Fisher Price Inc | Civil - Unlimited | Civil Rights | 56-2017-00502167-CU-CR-VTA | 10/2/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Great Wolf Resorts Holdings Inc | Civil - Unlimited | Civil Rights | 56-2017-00502122-CU-CR-VTA | 9/29/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs Coach Inc | Civil - Unlimited | Civil Rights | 56-2017-00501764-CU-CR-VTA | 9/22/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs Henri Bendel LLC | Civil - Unlimited | Civil Rights | 56-2017-00501198-CU-CR-VTA | 9/11/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs Bulletproof 360 Incprayer | Civil - Unlimited | Civil Rights | 56-2017-00501202-CU-CR-VTA | 9/11/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Panera LLC | Civil - Unlimited | Civil Rights | 56-2017-00501145-CU-CR-VTA | 9/7/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs Frys Electronics Inc | Civil - Unlimited | Civil Rights | 56-2017-00500891-CU-CR-VTA | 9/1/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs Living Spaces Furniture LLC | Civil - Unlimited | Civil Rights | 56-2017-00500872-CU-CR-VTA | 9/1/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. BJs Restaurants Inc | Civil - Unlimited | Non-PI/PD/WD tort - Other | 56-2017-00500848-CU-NP-VTA | 8/31/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Bed Bath & Beyond Inc | Civil - Unlimited | Civil Rights | 56-2017-00499609-CU-CR-VTA | 8/1/2017 |

| Participant | Case Title | Category | Type | Case Number | Filed Date |
|---|---|---|---|---|---|
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Home Depot Product Authority LLC | Civil - Unlimited | Civil Rights | 56-2017-00499611-CU-CR-VTA | 8/1/2017 |

Previous　1　2　Next

© 2012 Superior Court of Ventura County

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF VENTURA**

Search By:  Case Number   Participant Name   Calendar   Date Range
Tentative Rulings & Minutes

| | | | |
|---|---|---|---|
| Last or Business Name: | reed | ☐ | Check for Business Name |
| First Name: | kayla | | |

You may optionally qualify your search further by specifying a beginning and/or ending filed date:

Filed Date Range (optional):   [         ] to [         ]

Search   Reset

Case Search Results ?

Show 20 entries   Filter Results: [         ]   Showing 21 to 29 of 29 entries

| Participant | Case Title | Category | Type | Case Number | Filed Date |
|---|---|---|---|---|---|
| Reed, Kayla (Plaintiff) | Reed vs. Rite Aid | Civil - Unlimited | Civil Rights | 56-2017-00499051-CU-CR-VTA | 7/18/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Old Navy LLC | Civil - Unlimited | Civil Rights | 56-2017-00498004-CU-CR-VTA | 6/21/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Lululemon USA Inc | Civil - Unlimited | Civil Rights | 56-2017-00497297-CU-CR-VTA | 6/5/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Guess Inc | Civil - Unlimited | Civil Rights | 56-2017-00496826-CU-CR-VTA | 5/22/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Party City Corporation | Civil - Unlimited | Civil Rights | 56-2017-00495815-CU-CR-VTA | 5/1/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Ashley Homestores LTD | Civil - Unlimited | Civil Rights | 56-2017-00495795-CU-CR-VTA | 4/28/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. CVS Pharmacy Inc | Civil - Unlimited | Misc Complaints - Other | 56-2017-00495549-CU-MC-VTA | 4/24/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Ulta Salon Cosmetics & Fragrance Inc | Civil - Unlimited | Misc Complaints - Other | 56-2017-00495556-CU-MC-VTA | 4/24/2017 |
| Reed, Kayla (Plaintiff) | Kayla Reed vs. Staples Inc | Civil - Unlimited | Misc Complaints - Other | 56-2017-00495559-CU-MC-VTA | 4/24/2017 |

Previous   1   2   Next

© 2012 Superior Court of Ventura County